EXHIBIT "K"

✎AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ FLORIDA

UNITED STATES OF AMERICA

V.

SHORELINE FOUNDATION, INC.

### JUDGMENT IN A CRIMINAL CASE
(For Organizational Defendants)

CASE NUMBER:  18-CR-20708-WILLIAMS

DOUGLAS MOLLOY
_____
Defendant Organization's Attorney

## THE DEFENDANT ORGANIZATION:

☑ pleaded guilty to count(s)   1 OF THE INFORMATION

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. 287.F | FALSE, FICTITIOUS AND FRAUDULENT CLAIMS. | 8/29/2018 | 1 |

The defendant organization is sentenced as provided in pages 2 through ___5___ of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____

☐ Count(s) _____   ☐ is   ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.:  59-2695595

Defendant Organization's Principal Business Address:

2721 SW 56TH AVENUE
PEMBROKE PARK, FLORIDA 33023

1/9/2019
_____
Date of Imposition of Judgment

_____
Signature of Judge

KATHLEEN M. WILLIAMS          DISTRICT JUDGE
_____        _____
Name of Judge                  Title of Judge

2/13/19
_____
Date

Defendant Organization's Mailing Address:

JOHN MCGEE, VICE PRESIDENT
2781 SW 56TH AVENUE
PEMBROKE PARK, FLORIDA 33023

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
       Sheet 2 — Probation

|  |  |  |  |
|---|---|---|---|
| Judgment—Page | 2 | of | 5 |

DEFENDANT ORGANIZATION:  SHORELINE FOUNDATION, INC.
CASE NUMBER:   18-CR-20708-WILLIAMS

## PROBATION

The defendant organization is hereby sentenced to probation for a term of :

5 YEARS

The defendant organization shall not commit another federal, state or local crime.

      If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

      The defendant organization must comply with the standard conditions that have been adopted by this court as well as with   any additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 2B — Probation

DEFENDANT ORGANIZATION:  SHORELINE FOUNDATION, INC.                    Judgment—Page    3    of    5
CASE NUMBER:  18-CR-20708-WILLIAMS

## SPECIAL CONDITIONS OF SUPERVISION

1. Disclosure of Business/Financial Records: The defendant corporation shall make full and complete disclosure of its business finances/financial records to the U.S. Probation Officer.  The defendant corporation shall submit to an audit of its business financial records as requested by the U.S. Probation Officer.

2. Permissible Search: The defendant corporation shall submit to a search and/or inspection of any of its properties and places of business conducted at a reasonable time and in a reasonable manner by the U.S. Probation Officer and shall permit the U.S. Probation Officer to accompany any law enforcement or regulatory official during any enforcement or inspection of the defendant's properties or places of business.

3. Required Notification - Financial: The defendant corporation shall be required to notify the U.S. Probation Officer immediately upon learning of any material adverse change in its business or financial condition or prospects,  the commencement of any bankruptcy proceeding or any major civil litigation in excess of $25,000.

4. Required Notification - Breach of Compliance: The defendant corporation is to inform the U.S. Probation Officer of any breach of compliance involving the defendant company.  A description of the nature, date and time of the breach of compliance shall be provided to the U.S. Probation Officer within three days of the breach.

5. Corporate Compliance: The defendant corporation shall not, through a business transaction of any type, including but not limited to, a change of name, business reorganization, sale or purchase of assets, divestiture of assets, or any similar action, seek to avoid the obligations and conditions set forth in the plea agreement. The plea agreement, together with all of the obligations and terms thereof, shall inure to the benefit of and bind assignees, successors-in-interest, or transferees of the defendant.

6. Required Compliance Program: The defendant corporation shall establish and maintain an effective compliance program which shall comply with all federal rules and regulations pertaining to false, fictitious and fraudulent claims to an agency of the United States, in violation of 18 U.S.C. § 287, and shall employ an appropriately qualified Compliance Officer, subject to the approval of the Court.  This Compliance Officer shall have the responsibility for implementing the compliance program and overseeing the compliance program.  The Compliance Officer shall be a senior level management or supervisory level officer.  The entire compliance program shall remain under the supervision of the Court for the duration of the term of probation.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
       Sheet 3 — Criminal Monetary Penalties

|  | Judgment — Page | 4 | of | 5 |
|---|---|---|---|---|

DEFENDANT ORGANIZATION:  SHORELINE FOUNDATION, INC.
CASE NUMBER:  18-CR-20708-WILLIAMS

## CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $  400.00 | $  70,000.00 | $ |

☐  The determination of restitution is deferred until _____.  An *Amended Judgment in a Criminal Case* (AO 245C)  will  be
entered after such determination.

☐  The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed
below.

    If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified
otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must
be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |
| **TOTALS** | $              0.00 | $              0.00 |  |

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full
before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 4 may
be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

    ☐  the interest requirement is waived for the   ☐  fine   ☐  restitution.

    ☐  the interest requirement for the   ☐  fine   ☐  restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after
September 13, 1994, but before April 23, 1996.

AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 4 — Schedule of Payments

Judgment — Page __5__ of __5__

DEFENDANT ORGANIZATION:  SHORELINE FOUNDATION, INC.
CASE NUMBER:  18-CR-20708-WILLIAMS

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  ☑  Lump sum payment of $ __400.00__  due immediately, balance due

    ☐  not later than _____ , or
    ☐  in accordance with  ☐ C or  ☐ D below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C or  ☐ D below); or

C  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Special instructions regarding the payment of criminal monetary penalties:

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant organization shall pay the cost of prosecution.

☐  The defendant organization shall pay the following court cost(s):

☐  The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.